DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JONATHAN SAMUDIO-FACYSON,**
Appellant,

v.

**CHRISTINE FACYSON,**
Appellees.

Nos. 4D17-877 and 4D17-878

[August 30, 2017]

Consolidated appeals from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Michael Davis, Judge; L.T. Case Nos. 17-1356 (59) and 17-1358 (59).

Jonathan Samudio-Facyson, Fort Lauderdale, pro se.

No appearance for appellee.

PER CURIAM.

*Affirmed. See* Fla. R. App. P. 9.315(a).

WARNER, TAYLOR and LEVINE, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***